UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANGELA D. McNAIR,

    Plaintiff,

v.

WEST MEMPHIS TENNESSEE
DETENTION CENTER,
UNITED STATES MARSHAL SERVICE,
Dr. DIETZ, Ms. DELEW - Nurse,
Ms. DAVIS – Nurse, CORRECTIONS
CORPORATION OF AMERICA
LEAVENWORTH, KANSAS, and
Dr. SATTERFIELD – CCA – Leavenworth,

    Defendant.

Civil No. 13-865 PJS/AJB

O R D E R

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 20, 2013, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: 06/07, 2013.

                              s/Patrick J. Schiltz
                              Judge Patrick J. Schiltz
                              U. S. District Court